

U.S. DEPARTMENT OF THE TREASURY
BUREAU OF THE FISCAL SERVICE
WASHINGTON, D.C. 20227

ACTING ON BEHALF OF
U.S. Department of Labor, Mine Safety and Health Administration
CERTIFICATE OF INDEBTEDNESS

Debtor Name(s) and Address(es):

Four Star Resources LLC
2550 Highway 72 Ste 1
Harlan, KY 40831

RE: Treasury Claim TRFM2013265223

I certify that the U.S. Department of Labor, Mine Safety and Health Administration (MSHA) records show that the debtor named above is indebted to the United States in the amount stated as follows:

|  |  |  |
|---:|---|---:|
| Principal: | $ | 464.00 |
| Interest through 6/22/13*: | $ | 9.76 |
| Admin fee: | $ | 10.00 |
| Penalty charges through 6/22/13*: | $ | 6.64 |
| DMS fees: | $ | 147.12 |
| DOJ fees: | $ | 19.72 |

(pursuant to 31 U.S.C. 3717(e) and 3711(g)(6), (7); 31 C.F.R. 285.12(j) and 31 C.F.R. 901.1(f); and 28 U.S.C. 527, note)

**TOTAL debt owed as of 5/4/17:**     $   657.24

*NOTE: Per the creditor agency, once the debt is referred to Fiscal Service, no additional prejudgment interest or penalty is to be accrued on the debt, by either Fiscal Service or Department of Justice.

This debt stems from violations of the Mine Safety and Health Act of 1977 (30 U.S.C. 801, et seq) and regulations at 30 C.F.R. 100, as noted during MSHA inspections of the debtor's work-site in Harlan, KY. The citations were issued in July 2011, and the Proposed Assessment & Statement of Account, which named the citations, violations, and provided Notice of Contest Rights and Instruction, was issued September 1, 2011.

**CERTIFICATION:** Pursuant to 28 USC ss. 1746, I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief based upon information provided by the U.S. Department of Labor, Mine Safety and Health Administration.

X  *Ashleigh Edmonds*
May 4, 2017
Signed by: Ashleigh N. Edmonds
Ashleigh Edmonds
Financial Program Specialist
U.S. Department of the Treasury
Bureau of the Fiscal Service