UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHRN DIVISION
LONDON

**ELECTRONICALLY FILED**

CIVIL ACTION NO. 17-CV-0267-GFVT

UNITED STATES OF AMERICA                                         PLAINTIFF

VS.                                      **ANSWER**

FOUR STAR RESOURCES, LLC                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \* \* \* \*

Comes the Defendant, Four Star Resources, LLC ("Four Star"), by counsel, and for its Answer to the Complaint filed herein, states as follows:

**FIRST DEFENSE**

1. The Complaint filed herein fails to state a cause of action upon which relief can be granted and therefore, should be dismissed.

**SECOND DEFENSE**

2. Four Star states that it is without sufficient knowledge to admit and/or deny the allegations set out in the Paragraphs styled "Jurisdiction" and "Venue" of the Complaint and, therefore, denies the same.

3. Four Star admits the allegations set out in Paragraph Nos. 1, 2, 3, 4 and 5 of the Complaint.

4. Four Star denies the allegations set out in Paragraph Nos. 6, 7, 8, 9 and 10 of the Complaint.

5. Four Star denies each and every other allegation set out in the Complaint, previously not admitted thereto.

## THIRD DEFENSE

6.      Four Star asserts all affirmative defenses set forth in Federal Civil Rule 8 which are supported by the facts, whether known at this time and specifically reserves the right to assert any and all affirmative defenses that arise or become known to Four Star through the course of discovery.

## FOURTH DEFENSE

7.      Four Star pleads settlement and release as a complete bar to any and all claims made by the Plaintiff herein.

WHEREFORE, the Defendant, Four Star Resources, LLC prays as follows:

1.      That the Plaintiff's Complaint be dismissed and that the Plaintiff take nothing thereby.

2.      For its costs herein expended, including a reasonable attorney's fee.

3.      For all other proper relief.

Respectfully submitted,

/s/ Billy R. Shelton
BILLY R. SHELTON, ESQ.
Shelton, Branham & Halbert PLLC
2452 Sir Barton Way, Ste. 101
Lexington, KY 40509
(859) 294-6868
(859) 294-6866 Facsimile

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing was electronically filed with the Court and mailed, postage prepaid this the 25th day of October, 2017 to the following:

Rajbir Datta, Esq. AUSA
260 West Vine Street, Suite 300
Lexington, KY 40507

                                              /s/ Billy R. Shelton
                                              BILLY R. SHELTON