# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CIVIL NO. 6:17-CV-00267-GFVT**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**

**FOUR STAR RESOURCES, LLC**                                              **DEFENDANT**

## STATUS REPORT BY THE UNITED STATES

\* \* \* \* \* \*

The United States files the following Status Report pursuant to the Court's order dated October 27, 2017. [DE 7.] Although the Court ordered both defendant and the United States to submit a written joint report outlining the proposed discovery plan, the parties have entered into a good faith agreement via electronic mail to settle the case. The United States submitted the proposed settlement agreement to defendants on January 3, 2018 and are awaiting its execution. The United States will file the executed settlement agreement with the Court once it is received.

Respectfully Submitted,

ROBERT M. DUNCAN JR.
UNITED STATES ATTORNEY

By: s/Rajbir Datta
Rajbir Datta
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4923

## CERTIFICATE OF SERVICE

I hereby certify that on January 9, 2018, I electronically filed this document with the clerk of the court through the CM/ECF system, which will send the notice of electronic filing to all counsel of record.

s/Rajbir Datta
Assistant United States Attorney