UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
F I L E D

FEB 0 1 2018

AT FRANKFORT
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CIVIL ACTION NO. 6:17-CV-00267-GFVT

UNITED STATES OF AMERICA     PLAINTIFF

v.

FOUR STAR RESOURCES LLC,     DEFENDANT

## AGREED JUDGMENT AND ORDER

\*\*\* \*\*\* \*\*\* \*\*\* \*\*\* \*\*\*

This matter having come before the Court upon the Joint Motion of the parties for the entry of this Agreed Judgment and the Court having considered the Motion and being advised, and the parties being in agreement; it is

ORDERED, ADJUDGED AND DECREED as follows:

1. The United States filed a civil complaint against Four Star Resources, LLC for unpaid fines owed to the Mine Safety and Health Administration (MHSA). [R.1.]

2. The Defendant acknowledges its debt to the United States as detailed in the complaint filed in this case.

3. In accordance with the Settlement Agreement, the United States and the Defendant agree to settle, compromise and resolve all issues based upon the aforementioned complaint through the entry of this Agreed Judgment in the amount of $60,000. This sum shall be paid in four (4) monthly installment payments of $15,000 each and shall commence on January 15, 2018. [*See* R. 9-1.]

4. All payments shall be made payable to the U.S. Department of Justice and shall

be directed to the United States Attorney's Office, 260 West Vine Street, Lexington, KY 40507.

5. In the event the Defendant defaults on the payment the United States will proceed with available judicial remedies to enforce the debt.

6. Each party shall bear his or its own costs and attorneys' fees incurred in any stage of this matter and the settlement thereof.

7. The District Court shall retain jurisdiction over this case for purposes of enforcing the Agreed Judgment

8. That the Clerk of the Court is directed to STRIKE this matter from the Court's active docket.

This the 1 day of February, 2018.

Signed By:
Gregory F. Van Tatenhove
United States District Judge

Hon. Gregory F. Van Tatenhove
United States District Judge
Eastern District of Kentucky